UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNY RAY CABBAGESTALK,<br><br>    Petitioner,<br><br>v.<br><br>FRANCISCO QUINTANA,<br><br>    Respondent. | No. CV 10-5612-PSG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and petitioner's objections to the report and recommendation. The Court agrees with the recommendations of the magistrate judge.

    ACCORDINGLY, IT IS ORDERED:

    1.    The report and recommendation is adopted.

    2.    Judgment shall be entered consistent with this order.

    3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 10, 2011

                                                  HONORABLE PHILIP S. GUTIERREZ<br>                                                  UNITED STATES DISTRICT JUDGE