UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| KENNY RAY CABBAGESTALK, | ) | No. CV 10-5612-PSG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| FRANCISCO QUINTANA, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice.

DATED: February 10, 2011

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE